UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH E. JORDAN, | ) Case No. 2:22-cv-06811-PVC |
|     Plaintiff, | ) |
| | ) **JUDGMENT** |
|     v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: February 14, 2023

_____
HONORABLE JUDGE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-